UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY  :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, :
ANNUITY FUND, AND APPRENTICESHIP, : 24-CV-8184 (VSB)
JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, *et* : **ORDER**
*al.*, :
:
                       Petitioners,   :
:
        -against- :
:
FC INSTALLATIONS INC., :
:
                      Respondent. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      This case has been assigned to me for all purposes. On October 28, 2024, Petitioners filed a complaint seeking to confirm an arbitration award. (Doc. 1.) Petitioners docketed an affidavit of service on November 5, 2024. (Docs. 7–8.)

      Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

      ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by January 3, 2025. Respondent's opposition, if any, is due on January 31, 2025. Petitioners' reply, if any, is due on February 14, 2025.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent and to file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated: December 3, 2024
       New York, New York

*Vernon Broderick*
VERNON S. BRODERICK
United States District Judge