UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                       :

TRUSTEES OF THE NEW YORK CITY    :
DISTRICT COUNCIL OF CARPENTERS   :
PENSION FUND, WELFARE FUND,      :
ANNUITY FUND, AND APPRENTICESHIP, :        24-CV-8184 (VSB) (JW)
JOURNEYMAN RETRAINING,        :
EDUCATIONAL AND INDUSTRY FUND,  :        **ORDER**
*et al.*,                            :
                                         :
                        Petitioners,  :
                                         :
           - against -               :
                                         :
FC INSTALLATIONS, INC.,        :
                                         :
                    Respondent.  :
                                         :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On October 28, 2024, Petitioners Trustees of the New York City District Council of

Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman

Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and

Charity Fund; and the Carpenter Contractor Alliance of Metropolitan New York (collectively,

"Petitioners") filed their petition to confirm an arbitration award, (Doc. 1 ("Petition")), as well as

a memorandum of law in support of their petition, (Doc. 5). On November 1, 2024, Petitioners

served their petition to confirm an arbitration award and the memorandum of law in support

thereof on Respondent FC Installations, Inc. ("Respondent"). (*See* Doc. 7; *see also* Docs. 8, 10.)

On December 3, 2024, I ordered Respondent to file any opposition to the Petition by January 31,

2025. (Doc. 11.) Petitioners served Respondent with a copy of my December 3, 2024 order on

December 5, 2024. (Doc. 12.) On February 20, 2025, I referred the unopposed Petition to

1

Magistrate Judge Jennifer Willis.  (Doc. 13.)

On July 11, 2025, Magistrate Judge Willis issued a thorough 12-page Report and Recommendation (the "Report and Recommendation"), recommending that I grant the unopposed petition to confirm an arbitration award.  (*See* Doc. 14 ("R&R") at 1.)  Petitioners then filed an affidavit of service showing that the Report and Recommendation was served on Respondent on July 14, 2025.  (Doc. 15.)

The Report and Recommendation stated:  "Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen days from service of this Report to file written objections."  (*Id.* at 12.)  The Report and Recommendation further stated:  "Failure to file objections within fourteen days will result in a waiver of objections and will preclude appellate review."  (*Id.*)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  "To accept the report and recommendation of a magistrate [judge], to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."  *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Although the Report and Recommendation explicitly provided that "the parties shall have fourteen days from service of this Report to file written objections," (R&R 12), no party has filed an objection or requested additional time to do so.  I have reviewed Magistrate Judge Willis's detailed and well-reasoned Report and Recommendation for clear error and, after careful review, find none.  I therefore ADOPT the Report and Recommendation in its entirety.  Accordingly, judgment is entered in favor of Petitioners and against Respondent as follows:

1.  The arbitration award is confirmed in its entirety;

2. Respondent shall submit to an audit of its books and records for the period of June 23, 2022 to the present;

3. Petitioners are awarded $320,115.34 plus interest from March 7, 2024;

4. Petitioners are awarded $518.70 in costs arising out of this proceeding;

5. Petitioners are awarded $1,291.00 in attorneys' fees arising out of this proceeding; and

6. Petitioners are awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 15, 2026
New York, New York

_____
Vernon S. Broderick
United States District Judge

3