**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

<table>
<tr><td>Petitioners,</td><td>24 <b>CIVIL</b> 8184 (VSB) (JW)</td></tr>
<tr><td>-against-</td><td><b><u>JUDGMENT</u></b></td></tr>
<tr><td>FC INSTALLATIONS, INC.,</td><td></td></tr>
<tr><td>Respondent.</td><td></td></tr>
</table>

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2026, the Court adopts the Report & Recommendation in its entirety. Accordingly, judgment is entered in favor of Petitioners and against Respondent as follows: 1. The arbitration award is confirmed in its entirety; 2. Respondent shall submit to an audit of its books and records for the period of June 23, 2022 to the present; 3. Petitioners are awarded $320,115.34 plus interest from March 7, 2024 in the amount of $53,989.86; 4. Petitioners are awarded $518.70 in costs arising out of this proceeding; 5. Petitioners are awarded $1,291.00 in attorneys' fees arising out of this proceeding; and 6. Petitioners are awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

**Dated**: New York, New York
          January 20, 2026

TAMMI M. HELLWIG
_____
Clerk of Court

BY: _____
Deputy Clerk